IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2007

GREGORY J. LANGHAM
CLERK

Civil Action No. 07-cv-01837-BNB

IDUS MARK WRIGHT,

    Applicant,

v.

AL ESTEP, Warden for Fremont Correctional Facility, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On September 7, 2007, the Court ordered Applicant Idus Mark Wright to show cause within thirty days why the 28 U.S.C. § 2254 Application should not be denied as time-barred pursuant to 28 U.S.C. § 2244(d). On October 3, 2007, Mr. Wright submitted a Response. Because it appears that Mr. Wright has exhausted his state court remedies in a timely manner, the September 7, 2007, Order to Show Cause will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the September 7, 2007, Order to Show Cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 15th day of October, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01837-BNB

Idus Mark Wright
Prisoner No. 99491
Fremont Corr. Facility
PO Box 999 - CH 2
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10/16/07__

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk