IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01837-REB-KMT

IDUS MARK WRIGHT,

    Petitioner,

v.

AL ESTEP, Warden for Fremont Correctional Facility, and
JOHN W. SUTHERS, a Colorado Attorney General,

    Respondents.

**ORDER**

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **September 30, 2009**, the Clerk of the Garfield County District Court shall provide to this court the original written record, including transcripts, of Garfield County criminal case number 98CR316, *People v. Wright*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Garfield County District Court by facsimile to **(970) 985-8756** and by regular mail to Clerk of the Garfield County District Court, 109 8th Street, Ste. 104, Glenwood Springs, Colorado 81601.

    Dated this 4th day of September, 2009.

                                             **BY THE COURT:**

                                             Kathleen M. Tafoya
                                             United States Magistrate Judge