IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01837-REB-KMT

IDUS MARK WRIGHT,

    Applicant,

v.

AL ESTEP, Warden for Fremont Correctional Facility, and
JOHN W. SUTHERS, Colorado Attorney General,

    Respondents.

## OVERRULING OBJECTIONS TO AND ADOPTING
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#14][1] filed January 6, 2010, 2010; and (2) the objections contained in the document entitled **Applicant Objects to the United States Magistrate Judge's Recommendation** [#28] filed January 28, 2010. I overrule the objections, adopt the recommendation, deny plaintiff's petition, and dismiss this case.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

stringent standard than formal pleadings drafted by lawyers.  *See Erickson v. Pardus*, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).  The recommendation is detailed and well-reasoned.  Contrastingly, plaintiff's objections are without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#14] filed January 6, 2010, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the objections contained in the document entitled **Applicant Objects to the United States Magistrate Judge's Recommendation** [#28] filed January 28, 2010, are **OVERRULED**;

3.  That plaintiff's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** [#3], filed August 31, 2007, is **DENIED**;

4.  That this action is **DISMISSED**; and

5. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED**.

Dated April 23, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge