FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO. 07-cv-01837 REB-MJW

IDUS MARK WRIGHT,

    Applicant,

vs.

AL ESTEP, Warden for Fremont Correctional Facility, and
JOHN W. SUTHERS, Colorado Attorney General,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated June 21, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01837 REB-KMT

Garfield County District Court
109 8th St. Ste 104
Glenwood Springs, CO 81601

Idus Mark Wright
# 99491
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on _6/22/10_.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk